1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MARIO A. WILLIAMS,

11             Plaintiff,                    No. CIV S-10-1292 MCE CKD P

12        vs.

13    YUEN CHEN, et al.,

14             Defendants.              ORDER
      _____/

15

16             Plaintiff, a state prisoner proceeding in forma pauperis, sought relief pursuant to

17    42 U.S.C. § 1983.  Judgment was entered in this action on September 30, 2011.  On October 13,

18    2011, plaintiff filed a notice of appeal.  On October 21, 2011, the United States Court of Appeal

19    for the Ninth Circuit referred this matter to the district court "for the limited purpose of

20    determining whether plaintiff's in forma pauperis status should continue for this appeal or

21    whether the appeal is frivolous or taken in bad faith."  (Dkt. No. 39.)  The Ninth Circuit Court of

22    Appeal requested that, if the district court elected to revoke in forma pauperis status, the district

23    court so notify the Ninth Circuit and the parties within 21 days of the date of the Ninth Circuit's

24    referral.  (Id.)

25    ////

26    ////

                                              1

1    The Federal Rules of Appellate Procedure provide as follows:

2        [A] party who has been permitted to proceed in an action in the
         district court in forma pauperis . . . may proceed on appeal in forma
3        pauperis without further authorization unless . . . the district court
         shall certify that the appeal is not taken in good faith or shall find
4        that the party is otherwise not entitled so to proceed . . . .

5    Fed. R. App. P. 24(a).  After review of the record herein, the court finds that plaintiff's appeal is

6    frivolous.  See Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002).

7        In accordance with the above, IT IS HEREBY ORDERED that plaintiff's in

8    forma pauperis status granted on July 6, 2010 is hereby revoked.  See Fed. R. App. P. 24(a).

9
    Dated:  November 8, 2011
10
                                        _____
11                                      MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26